**A CERTIFIED TRUE COPY**
OCT 24 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2005 OCT 28   PM 2:40   OCT - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657   LORETTA G. WHYTE
CLERK

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.
OCT 24
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05-1254

CLERK'S OFFICE
A TRUE COPY
NOV 15 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

05 DEC -8 PM 3:17
FILED BY ___
Fee_____
Process_____
CtRmDep__dmt__
Doc. No._7443_

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., SUITE C-151
NEW ORLEANS, LA 70130

December 2, 2005

Robert DiTrolio
United States District Court
Western District of Tennessee
111 S. Highland
Jackson, TN 38301

*[RECEIVED stamp: 05 DEC -8 PM 3:43, THOMAS M. GOULD, CLERK, U.S. DISTRICT COURT, W/D OF TN, JACKSON]*

In Re: MDL 1657 Vioxx Products Liability Litigation L (3)

Dear Mr. DiTrolio:

Enclosed are certified copies of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the cases listed on the attached page be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. Our office has assigned new civil action numbers to these cases as referenced on the attached page.

**DO NOT FORWARD THE ORIGINAL RECORD.** The Honorable Eldon E. Fallon, U.S. District Court Judge issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

**Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.**
Your prompt attention in this matter is greatly appreciated.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By _____
Deputy Clerk

Enclosures
cc: Judicial Panel on Multidistrict Litigation

05-1254

| **Your Case Nos.** | **Case Title** | **Our Case Nos.** |
|---|---|---|
| 1:05-1240 | Barbara Jean Snider v. Merck & Co., Inc. | 05-5407 L (3) |
| 1:05-1241 | James H. Wilbanks v. Merck & Co., Inc. | 05-5408 L (3) |
| 1:05-1242 | Linda Jones v. Merck & Co., Inc. | 05-5409 L (3) |
| 1:05-1243 | Carolyn Butler v. Merck & Co., Inc. | 05-5410 L (3) |
| 1:05-1251 | Brenda J. Smith v. Merck & Co., Inc. | 05-5411 L (3) |
| 1:05-1252 | Sally T. Hatch v. Merck & Co., Inc. | 05-5412 L (3) |
| 1:05-1254 | Mary L. Woods v. Merck & Co., Inc. | 05-5413 L (3) |
| 1:05-1255 | Matha Paslay v. Merck & Co., Inc. | 05-5414 L (3) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

Thomas M. Gould            111 South Highland Ave., Room 262
Clerk of Court             Jackson, Tennessee 38301
                           731-421-9200
                           731-421-9210 Fax

December 14, 2005

United States District Court
Eastern District of Lousiana
500 Poydras St., Room C-151
New Orleans, LA  70130

RE:  Mary L. Woods v. Merck & Co., Inc. et al
     05-5413 -Your Case No.
     05-1254 T/An -Our Case No.

Dear Clerk:

Pursuant to the Conditional Transfer Order (CTO-26) the above referenced case has been transferred to the United States District Court for the Eastern District of Louisiana . Please find enclosed a certified copy of the Notice of Removal/Lower Court Complaint, Docket Sheet, MDL Transfer Order, and a copy of the transfer letter to the transferor court. I am also enclosing a copy of this cover letter and requesting that you acknowledge receipt and return it to our office in the provided envelope. Thank you for your attention in this matter.

Thomas M. Gould, Clerk

BY: *Cassandra [signature]*

Deputy Clerk

ENCLOSURES


# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01254 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP- Nashville
One Nashville Place
150 4th Ave., N.
Ste. 1650
Nashville, TN 37219--242

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT